United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CAREY, et al., | Case No. 24-cv-09534-SK |
| Plaintiffs, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| MAURICIO TORRES, et al., | |
| Defendants. | |

It appears that this case is potentially related to 24-cv-07354, *Carey v. Torres*, with the Hon. Thomas S. Hixson presiding. Because 24-cv-07354 is the lowest-numbered case, the Court therefore REFERS this case to Judge Hixson and requests that Judge Hixson consider whether these cases are related. Civil L.R. 3-12(c).

The Case Management Conference scheduled for March 31, 2025 is hereby VACATED.

**IT IS SO ORDERED**.

Dated: January 6, 2025



SALLIE KIM
United States Magistrate Judge