UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CAREY and KARREN MOORER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MAURICIO TORRES, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-09534-TSH<br><br>**ORDER TO SHOW CAUSE** |

　　　　On December 31, 2024, Plaintiffs Cecilia Carey and Karren Moorer initiated this lawsuit by filing a complaint (ECF No. 1) and applications to proceed in forma pauperis (ECF Nos. 2, 3). On January 23, 2025, the Court granted the ifp applications but found the complaint deficient under 28 U.S.C. § 1915(e).  ECF No. 8.  The Court directed Plaintiffs to file a first amended complaint by February 24, 2025.  The Court also warned Plaintiffs that failure to cure the deficiencies would result in the case being reassigned to a district judge with a recommendation for dismissal.  No response has been received, and Plaintiffs have otherwise made no appearance since filing their complaint in December.

　　　　The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  Accordingly, the Court **ORDERS** Plaintiffs Cecilia Carey and Karren Moorer to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by March 11, 2025.  Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to

1  prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written
2  response by the deadline above.
3       **IT IS SO ORDERED.**

5  Dated: February 25, 2025

6  _____
7  THOMAS S. HIXSON
   United States Magistrate Judge